Virginia State Insurance Company against the American Fidelity Company. No opinion. Judgment affirmed, with costs.

---

VULCAN DETINNING CO., Respondent, v. SEWARD et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by the Vulcan Detinning Company against George O. Seward and another. C. Seasongood, of New York City, for appellants. E. S. Seidman, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

---

WAGOR et al., Respondents, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Walter M. Wagor and others against the Erie Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

WALTER et al., Appellants, v. WALTER, Respondent. (3 cases). (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by Moritz Walter and others against Anna K. Walter. D. Leventritt, of New York City, for appellants. G. R. Bristor, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

---

WASHBURN v. RAINIER et al. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Appeal from Special Term, Nassau County. Action by Henry J. Washburn against John T. Rainier and others. From a Special Term order as resettled, denying the motion of defendants John T. Rainier and Paul N. Lineberger for a readjustment of costs, they appeal. Reversed, appeal from taxation of costs sustained, and motion to strike out the costs as taxed, except those in Court of Appeals before argument, and disbursements for printing the case in the Court of Appeals and printing the points, granted. See, also, 144 N. Y. Supp. 1149. T. G. Durkan, of New York City, for appellants. Jesse Fuller, Jr., of Brooklyn, for respondent.

PER CURIAM. When the provision of the original order of this court of March 15, 1912, to the effect that the judgment appealed from be reversed, "with costs of the action to abide the event," is read in connection with the order of this court of December 12, 1913, resettling the same, it seems to us perfectly clear that upon such resettlement it was the purpose of this court to permit plaintiff, if he desired, to retrace the steps which he had taken upon the strength of the form of the order as originally entered, and to compensate him for any expense that he had incurred by reason thereof. Bearing this in mind, it is equally clear that the only costs and disbursements that were to be paid were those which had accrued in the interval between the date of the original order of reversal and the resettlement thereof. These were taxable costs in the Court of Appeals before argument, and such disbursements in connection with such appeal as would be properly taxable, and which had been made up to that time. The order appealed from should be reversed, with $10 costs and disbursements, the appeal from the taxation of costs sustained, and the motion granted to strike out all of the costs as taxed, except costs in the Court of Appeals before argument, and disbursements for printing the case in the Court of Appeals and printing the points.

---

WASSERMAN v. BRONX HOME NEWS PUB. CO. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Joseph A. Wasserman against the Bronx Home News Publishing Company. No opinion. Order modified, by requiring the bill of particulars to be served 20 days after the completion of the examination of the plaintiff before trial, and, as so modified, affirmed, without costs. Settle order on notice. See, also, 146 N. Y. Supp. 1117.

---

WASSERMAN, Respondent, v. BRONX HOME NEWS PUB. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Joseph A. Wasserman against the Bronx Home News Publishing Company and others. E. P. Seelman, of New York City, for appellants. M. L. Heidenheimer, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion to vacate order for examination of plaintiff before trial denied. Time for examination to be fixed on settlement of order. Settle order on notice. See, also, 146 N. Y. Supp. 1117.

---

WELLS, Appellant, v. WELLS, Respondent. (Supreme Court, Appellate Division, Third Department. March 13, 1914.) Action by Samuel Wells against Aaron Wells. No opinion. Appeal dismissed, without costs.

---

WELLS, Respondent, v. WELLS, Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1914.) Action by Samuel Wells against Aaron Wells. No opinion. Judgment and order unanimously affirmed, with costs.

---

WERNER, Respondent, v. LIPSIUS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Action by Charles Werner against Louis Lipsius and another, copartners, etc. No opinion. Judgment and order unanimously affirmed, with costs.

---

WESSEL, Respondent, v. SCHWARZLER, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by Mary Wessel against Albert J. Schwarzler. M. D. Steuer, of New York City, for appellant. J. H. Cohen, of New York City, for respondent. No opinion. Judgment and order

affirmed, with costs. Order filed. See, also, 144 App. Div. 587, 129 N. Y. Supp. 521.

WESSEL, Respondent, v. SCHWARZLER, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by May Wessel against Albert J. Schwarzler. M. D. Steuer, of New York City, for appellant. J. H. Cohen, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 144 App. Div. 589, 129 N. Y. Supp. 522.

WEST v. JARMULOWSKY. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Florence A. West against Harry Jarmulowsky. No opinion. Application denied, with $10 costs. Order signed. See, also, 144 N. Y. Supp. 755.

In re WEST 231ST. STREET. (Supreme Court, Appellate Division, First Department. March 27, 1914.) In the matter of West 231st Street. No opinion. Motion granted; question certified; order filed.

WHISLER et al., Respondents, v. COLE, Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Benjamin 'A. Whisler and another against Henry G. Cole. No opinion. Judgment unanimously affirmed, with costs, on opinion of Van Kirk, J., 81 Misc. Rep. 519, 143 N. Y. Supp. 478, at Special Term.

WHITCOMB, Appellant, v. HILL, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by James A. Whitcomb against Walker Hill and R. Russell Brant. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 146 N. Y. Supp. 1118.

WHITCOMB, Appellant, v. HILL, Respondent, et al. '(Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by James A. Whitcomb against Walker Hill and R. Russell Brant. No opinion. Motion denied, without costs. See, also, 146 N. Y. Supp. 1118.

WHITE v. JACOBS. (Supreme Court, Appellate Division, First; Department. February 27, 1914.) Action by Katie White against Alexander Jacobs. No opinion. Motion granted, with $10 costs. Order filed.

WHITE STUDIO v. DREYFOOS. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by the White Studio against Alexander W. Dreyfoos. No opinion. Motion granted. Order filed. See, also, 144 N. Y. Supp. 1150.

WHITING, Respondent, v. WHITING, Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Fanny L. Whiting against Gordon Whiting. No opinion. Interlocutory judgment unanimously affirmed, with costs.

WIESNEWSKY, Respondent, v. E. E. SMITH CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Joseph Wiesnewsky against the E. E. Smith Contracting Company. No opinion. Order reversed, and new trial granted, costs to abide the event, because of the error in the refusal of the learned trial court to charge as requested at folios 383 and 384.

In re WILLETT. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) In the matter of William Willett, an attorney. No opinion. Motion granted.

WILLIAMS v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Charles Williams against the City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 145 N. Y. Supp. 1150.

WILLIAMSON, Respondent, v. JEROME et al., Appellants. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by William A. Williamson against Thomas J. Jerome and others. J. C. Coleman, of New York City, for appellants. C. L. Craig, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WILLIAMSON, Appellant, v. WACHOVIA BANK & TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by William A. Williamson against the Wachovia Bank & Trust Company. C. L. Craig, of New York City, for appellant. J. C. Coleman, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re WILSON. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) In the matter of Robert H. Wilson, an attorney.

PER CURIAM. Ordered that the charges annexed to the moving papers be filed, and that a copy thereof be personally delivered to said Robert H. Wilson, as provided by Judiciary Law (Consol. Laws, c. 30) § 476, and that he have 20 days thereafter in which to file his answers to the same, or otherwise to present his defense thereto. The further disposition of the motion is reserved until after the filing of such answers or defense. The counsel heretofore designated to present charges, to wit, William N. Dykman, Esq., and Stephen C. Baldwin, Esq., are now severally discharged and relieved from